UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL JIMENEZ,<br>Petitioner,<br>v.<br>JOSIE GASTELO,<br>Respondent. | Case No. CV 17-02109 DSF (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: 10/23/17

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE